Melvin VALENTINE, Jr.,
Plaintiff–Appellant,

v.

CITY OF AUSTIN, Texas; Officer Justin Flanery; Officer Rolando Espinsoza; Officer Stewart, # 6301; Officer Damon Dunn; Georard Taylor, Defendants–Appellees.

No. 16–50096
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/22/2016

Melvin Valentine, Jr., Austin, TX, Pro Se.

Michael Siegel, Meghan Lee Riley, City of Austin Law Department, Litigation Division, Austin, TX.

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

Melvin Valentine brought this suit against the City of Austin, four Austin police officers, and Georard Taylor, a private citizen, alleging false arrest and seeking damages of twenty seven million dollars. Valentine was charged with aggravated assault, an arrest warrant was issued by a magistrate. Information given to the officers supported this charge because Valentine pointed his gun at Taylor and threatened to kill him. Judge Pitman dismissed this case by Valentine and disposed of it as frivolous under 28 U.S.C. § 1915(e).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.